# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00356-CR

**Christopher Joe Bradshaw, Sr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY,
### NO. CR2019-435, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's appointed counsel has filed a motion to withdraw, explaining that her change in employment requires her to withdraw. We grant the motion to withdraw, abate the appeal, and remand the matter to the trial court to appoint substitute counsel to represent appellant in this appeal. In addition, the trial court shall order the appropriate supplemental clerk's record to be prepared and forwarded to this Court not later than October 16, 2023.

It is ordered on September 21, 2023.

Before Chief Justice Byrne, Justices Kelly and Theofanis

Abated and Remanded

Filed: September 21, 2023

Do Not Publish